# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN A. WALCOTT, JR.

NO. 2022 KW 0721

**OCTOBER 11, 2022**

---

In Re:   Steven A. Walcott, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 685155, 728672, 746493, & 748075.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_α.Sm_

DEPUTY CLERK OF COURT
FOR THE COURT